"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SACR 05-264-DOC |
| Plaintiff, | ) ) | ORDER OF DETENTION |
| v. | ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| LINDA NGOC TRAM LE, | ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that s/he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1  B. (X) The defendant has not met her burden of establishing by clear and convincing
2          evidence that she is not likely to pose a danger to the safety of any other
3          person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4          finding is based on the nature of the charged offense, her repeated violation
5          Judge Carter's orders relating to her supervised release, and defendant's
6          criminal history.

8      IT THEREFORE IS ORDERED that the defendant be detained pending the further
9  revocation proceedings.

12  Dated: October 9, 2009

              /s/     Arthur Nakazato
              ARTHUR NAKAZATO
              UNITED STATES MAGISTRATE JUDGE